OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
N.RICHLAND HILLS, TEXAS 76180-6608
(817) 770-8500

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:  
CHARLES ROBERT FISHER  
D/B/A ***  
    DEBTOR(S),

CASE NO: 04-42310-DML

CHAPTER 13  
JUDGE DENNIS MICHAEL LYNN

## REPORT OF (ADJOURNED) 341 MEETING

Meeting Information:  
Date: Fri Jul 23, 2004   Time: 9:00 AM   Original 341: Apr 20, 2004  
Debtor(s) ✓ H ___ W Appeared   ___ H ___ W Appeared Not   Photo I.D. ✓ H ___ W  
Debtor Attorney/Paralegal ✓ Appeared   ___ Appeared Not   ___ Pro Se   SSN ✓ H ___ W  
Status of 341 Meeting: ✓ Concluded   ___ Not Held   ___ Adjourned; if adjourned  
341 Meeting Adj. Date: _____   Debtor to Attend Adj 341 ___ Y ___ N  
_____ to hear Adj. 341   Reason _____

Creditors:   Name           n/a   Company

Current Monthly Payment: $ 380.00   First Payment Due: Apr 15, 2004  
Amt Paid as of July 15, 2004   $ 1,140.00   Term: 60   Plan Base $ 22,800.  
Estimated % to unsecured creditors: 19.00

MTD needed for: _____

1. All required tax returns provided: (Y) N   Still Need: _____

2. All Pay stubs or proof of income provided: Y (N)   Still Need: revisit income at confirmation

3. Exemptions: ___ Fed ✓ State. "Best Interest" (Value of non-exempt property): $ 1516 _____ (See Paragraph 11 below for non-exempt property). All exemptions proper: (Y) N. Improper Exemptions: none _____ Object: Y (N)  
Any pending lawsuits in which Debtor(s) is Plaintiff or Counter-claimant: Y (N)  
(If YES request copy of "live" pleadings and refer to Legal Dept.)

4. "Minimum Base" (Monthly disposable income $ 393 x 36): $ 14148  
_____ (See Paragraph 10 below for "add backs")

5. Payments remain the same: (Y) N   Change payments to: _____  
_____ Changes to APD: Y (N) (If YES, provide APD Change Request Form)

6. Tests: ___ Disposable Income ___ Best Interest ___ Good Faith (Y) Feasible  
___ Non-discriminatory classification ___ Full pmt priorities

7. Business Case Y (N) Level 1 or 2 (Continue Level 2 to Business Case Docket)

_____  
Presiding Officer

8. Documents Requested (per document request form): Y (N)

9. Other Questions Answered at Meeting:

_usage_

Prior Case: (Y) N ; Disclosed on Pet.: Y (N); Total Home Mtg ARR: $ 8387
Total IRS: $ 8500 — sales tax ; Total Unsecd: $ 700.

Confirmation Issues (continued)

10. Disposable Income Comment (list any add backs to DI):

    Gross Per "I":                          $ 700
    Gross Per 2003 Tax Return ÷ 12 =        $ 16,491
    Net per "I" & "J":                      $ 2300
    Add Backs for excessive expenses:       $
    Total Adjusted Disposable Income:       $

11. Non-Exempt Property Comment:

12. Other Objections to Confirmation or Action Needed prior to Confirmation: