U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK

**NOV 0 2 2006**

D. Michael Lynn
U.S. Bankruptcy Judge

Barrett Burke Wilson Castle Daffin & Frappier, L.L.P.      BBWCDF# 340935
1900 St. James Place, 5th Floor, Suite 500
Houston, Texas  77056
(713) 693-2000
Attorney for COUNTRYWIDE HOME LOANS, INC. ITS ASSIGNS AND/OR
SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-42310-DML-13 |
| | § | |
| CHARLES ROBERT FISHER, | § | CHAPTER 13 |
| | § | |
| Debtor | § | |

## AGREED ORDER ON DEBTOR'S MOTION
## FOR RECONSIDERATION OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Came on for consideration the Motion to Reconsideration of the
Motion for Relief from Automatic Stay, filed by Charles Robert Fisher.
(hereinafter "debtor").

The Court, having considered said Motion and the agreement of
counsel, is of the opinion that the following Agreed Order should be
entered. It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that the Debtor has until 5:00

p.m. on November 6, 2006 to tender the amount of $11,012.64 to the

office of Barrett Burke at their Addison office, which amount will pay

the Debtor current through the month of November, 2006. If the funds

are not tendered to the office of Barrett Burke on or before 5:00 p.m.

on November 6, 2006, the foreclosure scheduled for November 7, 2006

will be allowed.

# # #END OF ORDER# # #

APPROVED AS TO FORM AND
    SUBSTANCE:

BARRETT BURKE WILSON CASTLE
DAFFIN & FRAPPIER, LLP

/s/Jeffrey Fleming
Jeffrey Fleming
TBA# 24034442
1900 ST. JAMES PLACE
SUITE 500
HOUSTON, TX 77056
TELEPHONE:(713) 693-2014
FACSIMILE:(972) 661-7702
EMAIL: NDECF@BBWCDF.COM
ATTORNEY FOR COUNTRYWIDE HOME
LOANS, INC. ITS ASSIGNS AND/OR
SUCCESSORS IN INTEREST

Craig D. Davis
TBA# 00793588
ATTORNEY FOR DEBTOR
726 Dalworth, Suite 1001
Grand Prairie, Texas 75050
TELEPHONE:(972) 263-5922
FACSIMILE:(972) 504-9347