DAVIS, ERMIS & ROBERTS, P.C., d/b/a
Law Offices of Ronald W. Roberts
Ronald W. Roberts, Esq.
Craig D. Davis, Esq.
Jeffrey W. Ermis, Esq.
726 Dalworth, Suite 1001
Grand Prairie, Texas 75050
(972) 263-5922  Telephone
(972) 504-9347   Facsimile
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-42310-DML-13 |
| | § | |
| CHARLES AND ROBERT FISHER | § | |
| | § | |
| DEBTOR(S) | § | |

MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY FREE AND CLEAR

TO THE HONORABLE D. MICHAEL LYNN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CHARLES ROBERT FISHER, Debtor the above styled and numbered case, and files this Motion for Authorization to Sell Real Property Free and Clear, and in support hereof, would respectfully show the Court as follows:

I.

The Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code on March 1, 2004.  Timothy Truman is the Standing Chapter 13 Trustee.

II

This Court has jurisdiction pursuant to 28 U.S.C. §1334 and §157(b). This is a core proceeding.

III.

Among the assets of the Debtor's estate is the equity they retain in that certain real property located at 5132 Nancy Lane, North Richland Hills, Texas 76180, the Debtor's homestead.

.

IV.

Debtor has found an investor that is willing to pay up to $100,000 to purchase the Debtor's homestead

V.

Debtor requests the Court to grant authorization to allow the sale of Debtor's property free and clear of all liens, and that after full satisfaction of the lien, and after distribution of applicable closing costs and expenses, that the remaining proceeds be paid directly to the Debtor at the time of closing.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor prays the Court for authorization to sell the above described real property free and clear, under the terms and conditions set forth herein, and for such other and further relief the Court may deem Debtor justly entitled.

Respectfully submitted,

*/s/ Craig D. Davis*
RONALD W. ROBERTS
State Bar No. 17018600
CRAIG D. DAVIS
State Bar No. 00793588
JEFFREY W. ERMIS
State Bar No. 24032159
726 Dalworth, Suite 1001
Grand Prairie, Texas 75050
(972) 263-5922 Telephone
(972) 504-9347 Facsimile
Attorneys for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all parties-in-interest via ECF on this the 8 day of January, 2007.

*/s/ Craig D. Davis*
RONALD W. ROBERTS
CRAIG D. DAVIS
JEFFREY W. ERMIS