

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 25, 2007             United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-42310-DML-13 |
| | § | |
| CHARLES ROBERT FISHER | § | |
| DEBTOR | § | |

### ORDER GRANTING MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY FREE AND CLEAR

CAME ON FOR CONSIDERATION, the "Motion for Authorization to Sell Real Property Free and Clear" filed by the Debtor in the above styled and numbered cause. The Court, having reviewed the evidence presented and the pleadings, and after having heard arguments of counsel, if any, the Court, is of the opinion that the same is well taken and therefore grants the following:

IT IS ORDERED, ADJUDGED AND DECREED, that the Debtor is hereby authorized to sell his homestead upon the following conditions:

The lien to Countrywide Home Loans must be paid in full.

The second lien to Davis, Ermis & Roberts, P.C. must be paid in full

The property taxes owed to Tarrant County must be paid in full.

Any remaining balance must be paid to the Debtor. If the balance is not exempted by proper exemptions elected by the Debtor the balance must be rolled into a new homestead within six months of the sale.

**END OF ORDER**

APPROVED:


    /s/   Angela Allen
Attorney for the Chapter 13 Trustee