DAVIS, ERMIS & ROBERTS, P.C.
726 Dalworth, Suite 1001
Grand Prairie, Texas  75050
(972) 263-5922 Telephone
(972) 504-9347   Facsimile
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 04-42310-DML |
| | § | |
| CHARLES ROBERT FISHER | § | CHAPTER 13 |
| Debtors(s) | § | |

# AMENDED
# DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

TO THE HONORABLE D. MICHAEL LYNN, UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 11 USC 1329 the Debtor requests the following modification(s) to the Debtor's(s) Confirmed Chapter 13 Plan herein:

## CASE HISTORY

| | | | |
|---|---|---|---|
| PETITION DATE: | March 1, 2004 | OLD BASE PLAN: | $12,275.00 |
| 341 DATE: | April 20, 2004 | TOTAL PAID IN: | $12,275.00 |
| CONFIRMATION: | March 8, 2005 | | |

## MODIFICATION(S) OF DEBTOR'S(S) PAYMENTS TO TRUSTEE

Change plan form 38 months to 42 months.

Change monthly payment amount from $122.00 per month to the following: $0.0 per month for 0 months.

Debtor has paid base in full.

The above changes will result in a new "BASE AMOUNT" (total payments due to the Trustee under the Plan, if all payments are timely made) of $10,796.00.

## MODIFICATION OF PAYMENTS TO CREDITOR(S)

| Name: | Clm No: | Collateral: | Treatment: | Claim Amnt: | Value: |
|---|---|---|---|---|---|
| **FROM:** | | | | | |
| Countrywide Home Loans | 04 | Home Mort Arrears | Pro-Rata | $7,217.36 | $77,000.00 |
| **TO:** | | | | | |
| Countrywide Home Loans | 04 | Home Mort Arrears | Surrender | $7,217.36 | $77,000.00 |

| Name: | Clm No: | Collateral: | Treatment: | Claim Amnt: | Value: |
|---|---|---|---|---|---|
| **FROM:** | | | | | |
| Tarrant Co. Tax Collector | 13 | Homestead Tax | Pro-Rata | $2,207.82 | $77,000.00 |
| **TO:** | | | | | |
| Tarrant Co. Tax Collector | 13 | Homestead Tax | Surrender | $2,207.82 | $77,000.00 |

| Name: | Clm No: | Collateral: | Treatment: | Claim Amnt: | Value: |
|---|---|---|---|---|---|
| **FROM:** | | | | | |
| Countrywide Home Loans | 14 | Homestead | Pd Outside | $56,632.07 | $77,000.00 |
| **TO:** | | | | | |
| Countrywide Home Loans | 04 | Home Mort Arrears | Surrender | $7,217.36 | $77,000.00 |

## DEBTOR'S ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payments specified monthly and before any other pro rata payments.

## REASON(S) FOR MODIFICATION

This Modification is requested for the following reason:

Surrender homestead to Countrywide.
Surrender Tarrant Co. Tax Collector.
Shorten plan to 42 months and allow debtor for discharge.
Cure arrears to Trustee.

All other provisions as set forth in the last confirmed plan remain the same.

DATE: 08/30/2007

Respectfully submitted:

BY:   /s/ Craig D. Davis

RONALD W. ROBERTS
State Bar No. 17018600
CRAIG D. DAVIS
State Bar No. 00793588
JEFFREY W. ERMIS
State Bar No. 24032159
726 Dalworth, Suite 1001
Grand Prairie, Texas  75050
Attorneys for Debtors