



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 2, 2007 — United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | Case Number: 04-42310-DML |
| Charles Robert Fisher | Chapter 13 |
| | JUDGE DENNIS MICHAEL LYNN |

**ORDER APPROVING MODIFIED PLAN**

AT FORT WORTH IN SAID DISTRICT:

On this day came on for consideration the "Modification of Plan After Confirmation" filed August 30, 2007. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be approved subject to the following conditons, if any:

IT IS THEREFORE ORDERED that the Modified Plan filed August 30, 2007, be and the same is hereby approved, subject to the following conditions, if any:

Attorney fees in excess of $ 400.00 shall not be paid unless and until a fee application has been approved by the Court.

IT IS FURTHER ORDERED that upon surrender of any secured collateral through this Modification, the automatic stay is terminated as to the secured creditor as of the surrender date, to permit said creditor to conduct a non-judicial foreclosure sale.

IT IS FURTHER ORDERED that 30 days written notice to the debtor, debtor's counsel, the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #